LAUSTEVEION JOHNSON
Name and Inmate Booking Number

NNCC
Place of Confinement

1721 E. Snyder AVE,
Mailing Address

Carson City, NV. 89701
City, State, Zip Code

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LAUSTEVEION JOHNSON ,
                                    Plaintiff

vs.

(1) A. SHOOTING ,

(2) RICHARD ASHCRAFT ,

(3) V. MEZA ,

(4) RYNERSON ,

(5) FERNANDEZ ,
                                    Defendant(s).

Case No. 3:22-cv-00297-ART-CSD
(To be supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT**
**BY AN INMATE**

☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

☑ Jury Trial Demanded

## A.     JURISDICTION

1)     This Court has jurisdiction over this action pursuant to:
☑ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
☐ Other: _____

2)     Institution/city where Plaintiff currently resides: NNCC

3)     Institution/city where violation(s) occurred: NSCc

## LIST OF DEFENDANTS

1. A. SHOOTING
2. CORNFIELD, Counselor
3. KIRK WIDMAR, Warden
4. RICHARD ASHCRAFT, Lt.
5. V. MEZA, Caseworker,
6. RYNERSON, C/o.
7. FERNANDEZ, C/o.
8. HOLLOWAY, C/o.
9. SUWE, C/o.
10. TRAVIS FRATIS, Sgt.
11. CHARLES DANIELS, Director NDOC,
12. D. GREGOVIE
13. JOHN DOE. C/o.
14.

1~A

## B.   DEFENDANTS

1. Name of first Defendant: _A. SHOUTING_ . The first Defendant is employed as:
   _Cten_ at _NNCC_ .
           (Position of Title)                     (Institution)

2. Name of second Defendant: _Cannfield_ . The second Defendant is employed as:
   _Counselor_ at _WSCC_ .
           (Position of Title)                     (Institution)

3. Name of third Defendant: _Kirk Widman_ . The third Defendant is employed as:
   _Warden_ at _WSCC_ .
           (Position of Title)                     (Institution)

4. Name of fourth Defendant: _Charles Daniels_ . The fourth Defendant is employed as:
   _Director_ at _NDOC_ .
           (Position of Title)                     (Institution)

5. Name of fifth Defendant: _Suwe_ . The fifth Defendant is employed as:
   _C/u._ at _WSP_ .
           (Position of Title)                     (Institution)

**If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.   NATURE OF THE CASE

Briefly state the background of your case.

1) Plaintiff, Laustevens Johnson, is a pro se litigant, who is currently confined at NNCC. He is suing all named defendants here in both there individual and official capacities. All violations alleged herein, occured while Plaintiff was housed at WSCC (Warm Springs Correctional Center).

2.) On 11/10/21 Defendants Cannfield, Widman, Ashcraft, Moza, Gregoira, Rynerson, Fernandez, Holloway, Suwe, sent Plaintiff to The Hule and stole/took/never returned Plaintiffs following property items, 5 deoterants, Prayer Rug, Lamp, 4 bags of coffee, 40 stamps,

2 Cable Conds, 4 petrolium Jellys, 40 bags of peanuts, out of Retalretion for the Emergancy Greivance that Plaintff filed on 11/10/21.

3.) A John Doe, Tower officer Shoot at Plaintff on 11/02/21 at 9:37 at NSCC in front of unit# 4-B, admittedly because of the grievance Plaintff filed on 11/10/21 and every week from 10/10/21— 11/22/21. Plaintff, after being shot at, turned and asked "why he (John Doe) shot?" And it said, "stop filing grievances" Thus referring to Plaintffs filing grievances, as to why he shoot at Plaintff.

4.) Defendents Transfered Plaintff from NSCC to NNCC out of Retalation for the grievances that Plaintff filed every week from 10/5/21 — 11/21/21. This Because from around 10/5/21 — December 1st, 2021 Cornfield, Ashcroft, Meza, Rynerson, Fernandez, Holloway, Suire, Froto, and Gregoire expressed that "They did not want Plaintiff on the yard (at that prison — NSCC) because of all of the grievances that he filed every week."

2-A

## D.    CAUSE(S) OF ACTION

### CLAIM 1

1. State the constitutional or other federal civil right that was violated: 1st Amendment of The U.S. Constitution - Retaliation and Conspiracy To Retaliate.

2. **Claim 1.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities        ☐ Medical care              ☐ Mail

   ☐ Disciplinary proceedings   ☐ Exercise of religion      ☐ Property

   ☐ Access to the court       ☐ Excessive force by officer   ☑ Retaliation

   ☐ Threat to safety          ☐ Other: _____.

3. **Date(s) or date range** of when the violation occurred: 11/10/21 .

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

5) Plaintiff realleges and incorporates by reference, all allegations made in paragraphs 1-4 as if fully realleged herein.

6) Defendants Cornfield, Widman, Ashcraft, Meza, Kynerson, Gregoire, Fernandez, Holloway, Suwe, Fratis and Daniels all Violated the 1st Amendment by "Retaliating" and by "Conspiring to Retaliate" in the following ways.

U) by Sending Plaintiff to the Hole on 11/10/21.

(2) by taking all of Plaintiffs property on 11/10/21.

(3) by destroying/never returning Plaintiffs 5-deodorants, Prayer Rug, Lamp, 4 bags of coffee, 40 stamps, 2 Cable Cords, 4 Petroleum Jellys, 40 bags of peanuts, all out of Retaliation for Plaintiff filing a grievance against them on 11/10/21.

7) Defendant John Doe c/u, Daniels, Widman, Ashcraft, Meza, and Gregoire, all Violated the 1st by "Retaliating" and "Conspiring to Retaliate" by shooting a Gun at Plaintiff on 11/22/21 at 9:31 A.M., in Retaliation for all of the grievances that Plaintiff filed against these defendants Every week from 10/5/21 — 11/22/21.

3

These grievances that plaintiff is referring to were grievances filed against these Defendants, regarding them threatening to send drugs in Plaintiff's names to get him kicked out of WSCC, about these defendants writing false notice of charges against Plaintiff for Plaintiff's physical disability of not being able to engage in certain physical activities, about these defendants trying to get White Racist groups to physically assault him. These defendants Repeatedly told Plaintiff from 10/1/21 — 12/1/21 that they wanted to get Plaintiff off of the yard (WSCC) due to his grievances, and Plaintiff being a Black leader at WSCC.

When the John Doe c/o. shot the gun at Plaintiff on 11/22/21, Plaintiff's asked John Doe c/o why he shot it him", and they responded with, "Stop filing grievances", thereby Referring to his filing of grievances", as his Retaliatory motive.

8.) Defendants Cornfield, Widman, Ashcraft, Meza, Rynearson, Fernandez, Holloway, Suwe, Fretis, Daniels, Gregorre, and John Doe c/o, all "Retaliated and Conspired to Retaliate" by Transferring Plaintiff from WSCC to NNCC on 12/1/21, out of Retaliation for Plaintiff's weekly grievances filed every week from 10/5/21 — 12/1/21. Plaintiff defendants expressed, stating from 10/5/21, that they wanted Plaintiff off that yard (out of WSCC prison) because of all of his grievances".

3-A

## CLAIM 2

1. State the constitutional or other federal civil right that was violated: _8 TH Amendment of The U.S. Constitution Excessive Force, Supervisory Liability, Deliberate Indifference._

2. **Claim 2**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities          ☐ Medical care              ☐ Mail

   ☐ Disciplinary proceedings   ☐ Exercise of religion      ☐ Property

   ☐ Access to the court        ☒ Excessive force by officer ☐ Retaliation

   ☐ Threat to safety           ☐ Other: _____.

3. **Date(s) or date range** of when the violation occurred: _11/22/21_.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 2. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

9.) Plaintiff realleges and incorporates by reference, all allegations made in paragraphs 1-8, as if fully realleged herein.

10.) Defendant, John Doe C/o. violated the 8TH Amendment by using Excessive Force, by shooting a Fire Arm/shotgun at Plaintiff on 11/22/21 without justification, while Plaintiff was in shackles.

11.) Defendant John Doe C/o., violated the 8TH Amendment Deliberate Indifference, by Recklessly firing a Gun at Plaintiff knowing that it could severly injure or Kill Plaintiff. And this John Doe C/o. fired this Gun without cause or gratuitously.

12.) Defendants Wickman, Ashcroft, Daniels, violated the 8TH Amendment by failure or Refusing to (1) Adequately Hire (2) To adequately train SNSCC staff on Use of force practices as it Relates to firearms and @ How not to use the guns as a weapon for Retaliatory which lead to John Doe do shooting at Plaintiff on 11/22/21, out of Retaliation for his grievances.

4

## CLAIM 3

1.  State the constitutional or other federal civil right that was violated: _____

    _____

2.  **Claim 3.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.

    ☐ Basic necessities      ☐ Medical care      ☐ Mail

    ☐ Disciplinary proceedings    ☐ Exercise of religion    ☐ Property

    ☐ Access to the court      ☐ Excessive force by officer    ☐ Retaliation

    ☐ Threat to safety      ☐ Other: _____ .

3.  **Date(s) or date range** of when the violation occurred: _____ .

4.  **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 3.  Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.**

5

**E.     PREVIOUS LAWSUITS**

1.  Have you filed any other lawsuits while incarcerated?        ☑ Yes       ☐ No

2.  Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)?        ☐ Yes       ☑ No

3.  If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?"        ☐ Yes       ☐ No   N/A

**F.     REQUEST FOR RELIEF**

I believe I am entitled to the following relief: 1.) $80,000. in Compensatory Damages 2.) $80,000. in Punitive Damages, 3.) $80,000. in Mental and Emotional Damages, 4.) All out of pocket expenses, 5.) Attorney fees.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(name of person who prepared or helped prepare this complaint if not the plaintiff)

_____
(signature of plaintiff)

8/20/22
_____
(date)

**ADDITIONAL PAGES**

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.

6