**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LAUSTEVEION JOHNSON,

                                        Plaintiff,

   v.

A. SHOOTING, *et al.*,

                                        Defendants.

3:22-cv-00297-ART-CSD

**ORDER EXCLUDING CASE FROM
EARLY MEDIATION PROGRAM**

Plaintiff, Lausteveion Johnson – Inmate #82138, is a frequent litigator in this court.  Johnson currently has approximately 25 open cases pending before this court.  Since 2010, Johnson has filed no fewer than 53 civil rights cases which have proved both unproductive and unsuccessful. (*See*, 3:12-cv-301-LRH-VPC; 3:13-cv-689-VPC; 3:14-cv-122-MMD-WGC; 3:14-cv-303-MMD-VPC, 2:16-cv-366-RFB-NJK; 2:16-cv-1889-GMN-DJA; 3:16-cv-693-MMD-CLB).

The court has reviewed this case and, while not opining on the merits, has determined that it shall be excluded from the inmate mediation program in order to preserve the court's limited resources.  An order granting *in forma pauperis* shall issue and this case shall proceed on the normal litigation track.  The parties are free to privately discuss settlement if they so choose.

DATED:  September 1, 2022.

_____
UNITED STATES MAGISTRATE JUDGE