UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>A. SHOOTING, et al.,<br><br>　　　　　　　Defendants. | 3:22-cv-00297-ART-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

　　　The Office of the Attorney General did not accept service of process on behalf of Defendants Debra Gregoire and Kody Hollaway, who are no longer employees of the Nevada Department of Corrections. (ECF No. 9.) However, the Attorney General has filed the last known addresses of the Defendants under seal. (ECF Nos. 10 and 12.)

　　　The Clerk shall ISSUE summonses for Debra Gregoire and Kody Hollaway and send the same to the U.S. Marshal with the addresses provided under seal. (ECF Nos. 10 and 12.) The Clerk shall also SEND sufficient copies of the First Amended Complaint (ECF No. 5), the court's Screening Order (ECF No. 6), and this order to the U.S. Marshal for service on the Defendants. The court will separately provide to the U.S. Marshal the completed USM-285 forms for the Defendants.

　　　**IT IS SO ORDERED.**

　　　DATED: October 3, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE