UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>A. SHOOTING, et al.,<br><br>    Defendants. | 3:22-cv-00297-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 37 |

Before the court is Plaintiff's Motion Requesting Stay (ECF No. 37). Defendants have filed a Non-Opposition to Plaintiff's Motion Requesting Stay (ECF No. 38).

Plaintiff states he has been granted parole and "will be transferred from NNCC to HDSP, and released anywhere from 4/23/23-4/30/23." (ECF No. 38 at 2.) Plaintiff requests a stay of this case until May 20, 2023.

**IT IS HEREBY ORDERED** that Plaintiff's Motion Requesting Stay (ECF No. 37) is **GRANTED** to the extent that this matter is **STAYED** until **Monday, May 22, 2023**.

**IT IS FURTHER ORDERED** that the court establishes new deadlines relative to the Scheduling Order as follows:

> Dispositive motions shall be filed and served no later than **June 2, 2023**.
> The Joint Pretrial Order shall be filed no later than **July 5, 2023**. If a dispositive motion is filed, the Joint Pretrial Order shall be due **thirty (30) days** after a decision on the dispositive motion.

DATED:  April 19, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1