UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

LAUSTEVEION JOHNSON,               )        3:21-cv-00239-MMD-CLB
                                   )
            Plaintiff(s),          )        **MINUTES OF PROCEEDINGS**
                                   )
vs.                                )        DATE: August 21, 2023
                                   )
MICAELA GAROFALO, et al.,          )
                                   )
            Defendant(s).          )
_____    )

PRESENT:____THE HONORABLE CARLA BALDWIN,_____U.S.MAGISTRATE JUDGE

Deputy Clerk: _____Lisa Mann_____   Court Reporter:____Liberty Recorder_____

Counsel for Plaintiff(s):__Lausteveion Johnson with Scott Bogatz, Michael Kelley, Emily Ellis, Maliq Kendricks, and Monique Jammer_____

Counsel for Defendant(s):__Andrew Nelson_____

PROCEEDINGS: TELEPHONIC STATUS CONFERENCE

9:00 a.m. Court convenes.

      The Court advises the parties that the purpose of this continued status conference is to discuss whether the parties are amenable to participating in a global settlement conference involving all twenty-two (22) of Mr. Johnson's cases in Federal Court.

      The Court advises that she is not inclined to conduct a global settlement conference unless all twenty-two (22) cases are included in such conference.

      The Court hears from counsel representing Mr. Johnson in case nos. 2:19-cv-00232-MMD-DJA, 2:17-cv-01121, and 2:17-cv-01671-APG-EJY, hears from Mr. Johnson, and hears from Mr. Nelson who advise that they are all in agreement with

participating in a global settlement conference.

Mr. Johnson advises the Court that on June 5, 2023, the District Court appointed the Federal Public Defender to represent him in case no. 2:17-cv-02304-RFB-BNW. The Court directs Mr. Nelson to contact the Federal Public Defender's Office and inquire whether they are amenable to participating in a global settlement conference. If not, the Court will exclude this case from the global settlement conference.

A Virtual Settlement Conference utilizing Zoom video conferencing technology is set for **Thursday, October 5, 2023**, at **9:00 a.m.** The Court will issue her standard order setting settlement conference. The Court advises Mr. Nelson that the Court requires the participation of a Deputy Director such as Deputy Director Wickham or Director Dzurenda at the global settlement conference. In addition, if any of Mr. Johnson's cases involve medical issues, the Court directs that someone from medical participate in the global settlement conference. The Court advises Mr. Johnson and Mr. Nelson that they have leave to include one (1) paragraph on each case in their confidential settlement conference statements. In addition, the Court advises that pro bono counsel representing Mr. Johnson have leave to submit one (1) confidential settlement conference statement for each case. However, the Court specifically notes that she does not need exhibits, unless absolutely necessary, nor does the Court need copies of regulations, kites, or grievances.

The Court advises the parties that she will email all judges assigned to Mr. Johnson's cases and advise them of the global settlement conference. The Court suggests that counsel request or file a stipulation regarding a stay in any case where they find it appropriate. The Court notes that she has not stayed any of Mr. Johnson's cases

that are assigned to her and suggests that Mr. Nelson withdraw any pending motion for summary judgment with leave to re-file at a later date if the case does not settle at the global settlement conference.

IT IS SO ORDERED.

9:34 a.m. Court adjourns.

DEBRA K. KEMPI, CLERK

By:_____/s/_____
Lisa Mann, Deputy Clerk