**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LAUSTEVEION JOHNSON,

    Plaintiff

v.

A. SHOOTING, et al.

    Defendants

Case No.: 3:22-cv-00297-ART-CSD

**Order**

Re: ECF No. 43

    Magistrate Judge Carla Baldwin is conducting a global settlement conference in Plaintiff's cases on October 5, 2023. (ECF No. 48.) The pending motion for summary judgment in this case (ECF No. 43) is **DENIED WITHOUT PREJUDICE** to be re-filed on or before **October 20, 2023**, in the event the global settlement conference is unsuccessful in resolving Plaintiff's claims in this action.

**IT IS SO ORDERED**.

Dated: August 29, 2023

                                            Craig S. Denney
                                            United States Magistrate Judge