1  AARON D. FORD
   Attorney General
2  ANDREW C. NELSON, Bar No. 15971
   Deputy Attorney General
3  State of Nevada
100 N. Carson Street
4  Carson City, NV  89701-4717
Tel:  (775) 684-1227
5  E-mail:  acnelson@ag.nv.gov

6  *Attorneys for Defendants*
*Richard Ashcraft, Steven Cornfield,*
7  *Charles Daniels, Michael Fernandez,*
*Travis Fratis, Debra Gregoire, Kody*
8  *Hollaway, Veronica Meza, Colter Rynerson,*
*Robert Suwe, and Kirk Widmar*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 3:22-cv-00297-ART-CSD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| A. SHOOTING, *et al.*, | |
| Defendants. | |

Plaintiff, Lausteveion Johnson, in *pro se*, and all Defendants named in this case, by through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, hereby

///
///
///
///
///
///
///
///
///

Page 1

1 | stipulate that above-captioned matter should be dismissed with prejudice by order of this
2 | Court, with each party to bear their own costs.
3 | DATED this __5__ day of October, 2023.     DATED this 5th day of October, 2023.

_____
LAUSTEVEION JOHNSON
*Plaintiff, pro se*

/s/ *Andrew C. Nelson*
ANDREW C. NELSON, Bar No. 15971
Deputy Attorney General
*Attorney for the Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** _____

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on November 15, 2023, I electronically filed the foregoing, **STIPULATION AND ORDER FOR DISMISSAL** , via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Lausteveion Johnson
1316 Maenpah Circle
Las Vegas, NV 89106

*/s/ Karen Easton*
An employee of the
Office of the Nevada Attorney General