UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>A. SHOOTING, *et al.*,<br><br>  Defendants. | Case No. 3:22-cv-00297-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION FOR DISMISSAL |

   Plaintiff, Lausteveion Johnson, in *pro se*, and all Defendants named in this case, by through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, hereby

///
///
///
///
///
///
///
///
///

1 | stipulate that above-captioned matter should be dismissed with prejudice by order of this
2 | Court, with each party to bear their own costs.

DATED this 5 day of October, 2023.   DATED this 5th day of October, 2023.

_____
LAUSTEVEION JOHNSON
*Plaintiff, pro se*

*/s/Andrew C. Nelson*
ANDREW C. NELSON, Bar No. 15971
Deputy Attorney General
*Attorney for the Defendants*

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: November 16, 2023

Page **2**